IC

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

)
)
Plaintiff Mona )
Young )
v. )
)
)
)
Defendant )

1:25-cv-00337
Judge Sharon Johnson Coleman
Magistrate Judge Gabriel A. Fuentes
Random/Cat. 1

Merrick Garland
U.S. Attorney General
E/T All

Department of Justice
Drug Enforcement Administration

FILED

JAN 13 2025 &

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Complaint

Retal I, Mona Young, am filing a
by
Claim against the drug enforcement administration
Chicago division for retailiation and disability
discrimination as well as failure to provide/accommodate
for reasonable accommodation. Mona Young 1-13-25

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]